JUDGE SULLIVAN 08 CV 7260

ECF CASE

Robert I. Steiner
Anjna R. Kapoor
**KELLEY DRYE & WARREN LLP**
**101 Park Avenue**
**New York, New York 10178**
**(212) 808-7800**
**Attorneys for Plaintiff Metropolitan Productions, Inc.**
**d/b/a Met|Hodder**

RECEIVED
AUG 15 2008
U.S.D.C. S.D.N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **METROPOLITAN PRODUCTIONS, INC.** **D/B/A MET\|HODDER,** | Civil Action No. |
| **Plaintiff,** | |
| -against- | **COMPLAINT** |
| **NEWSIGHT CORPORATION,** | |
| **Defendant.** | |

Plaintiff Metropolitan Productions, Inc. d\b\a Met|Hodder ("Met|Hodder") by and

through its counsel, Kelley Drye &Warren LLP, as and for their Complaint against Defendant

NewSight Corporation ("NewSight"), states as follows:

## NATURE OF ACTION

1.    This is an action for account stated, breach of contract, and unjust

enrichment brought by Met|Hodder to recover monies due and owing it from NewSight for

Met|Hodder's work in developing and managing promotional content to show on television and

video networks.

NY01/KAPOA/1301501.3

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy, exclusive of interest and costs, is in excess of $75,000.

3.     Venue in this District is proper under 28 U.S.C. § 1391(a)(1) and (c) because NewSight's principal executive office is in this District and it conducts business in this District.

## THE PARTIES

4.     Met|Hodder is a corporation organized and existing under the laws of Minnesota and maintaining a principal place of business at 1201 Harmon Place, Suite 300, Minneapolis, Minnesota 55403.

5.     Upon information and belief, NewSight is a corporation organized and existing under the laws of Delaware and maintaining its principal place of business at 2 Park Avenue South, 1800a, New York, New York, 10016.

## THE FACTS

**Background**

6.     Met|Hodder is engaged in the business of developing and managing marketing content for viewing on any platform including television and private video networks. It has collaborated with an array of television clients to create promotional clips for popular television programs.

7.     Upon information and belief, NewSight is in the business of developing and selling technology that allows a viewer to watch three dimensional video without special viewing glasses.

**NewSight Engages Met|Hodder to Provide Services**

8.     On or about December 1, 2005, Met|Hodder and NewSight entered into the Master Service Agreement ("MSA") upon which Met|Hodder agreed to provide certain services, including but not limited to working with NewSight and NewSight's clients to develop marketing strategy for NewSight's "in-store media network," developing marketing content, including "retailer content, interstitials and advertising," and developing relationships with NewSight's advertisers to "participat[e] in the in-store media network ...."

9.     The MSA also provides that the parties may enter into a Project Addendum, which incorporates the MSA by reference, containing additional and more specific terms for each project.

10.    Paragraph 2.2 of the MSA states that "[u]nless otherwise specified in a Project Addendum," when Met|Hodder provides a monthly invoice to NewSight for certain fees, "NewSight shall have thirty (30) days from receipt of the invoice to pay the amounts due."

11.    Paragraph 4.5 of the MSA provides that "[i]n the event NewSight is in default of any non-disputed payments due to MetHodder, prior to MetHodder exercising any right it may have to terminate this Agreement, MetHodder shall provide written notice to NewSight of such default and NewSight shall have five (5) days from receipt of such notice [sic] cure any such default provided that any amounts due are not in dispute."

**Met|Hodder Sends to NewSight Invoices For Services Rendered Under the MSA**

12.    On or about November 1, 2007, Met|Hodder sent NewSight Invoice number 14815, in the amount of $22,000, for services Met|Hodder rendered for a project called Meijer (the "Meijer project"). Each invoice listed and discussed herein is enclosed as Exhibit A and, collectively, will be referred to as "the Invoices."

13.     On or about December 1, 2007, Met|Hodder sent NewSight Invoice number 14849, in the amount of $27,000, for services Met|Hodder rendered for a project called "Mall 2007 Service Contract."

14.     On or about December 1, 2007, Met|Hodder sent NewSight Invoice number 14850, in the amount of $33,250, for services Met|Hodder rendered for a project called "Mall 2007 Production Contract."

15.     On or about December 1, 2007, Met|Hodder sent NewSight Invoice number 14851, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

16.     On or about December 26, 2007, Met|Hodder sent NewSight Invoice number 14869, in the amount of $6,600, for services Met|Hodder rendered for a project called "Advertise Here Spot."

17.     On or about January 1, 2008, Met|Hodder sent NewSight Invoice number 14856, in the amount of $27,000, for services Met|Hodder rendered for the Mall 2007 Service Contract project.

18.     On or about January 1, 2008, Met|Hodder sent NewSight Invoice number 14859, in the amount of $33,250, for services Met|Hodder rendered for the Mall 2007 Production Contract project.

19.     On or about January 1, 2008, Met|Hodder sent NewSight Invoice number 14862, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

20.     On or about February 1, 2008, Met|Hodder sent NewSight Invoice number 14863, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

21.     On or about February 22, 2008, Met|Hodder sent NewSight Invoice number 14922, in the amount of $58,750, for services Met|Hodder rendered for the Mall 2007 Production Contract project.

22.     On or about March 1, 2008, Met|Hodder sent NewSight Invoice number 14864, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

23.     On or about March 17, 2008, Met|Hodder sent NewSight Invoice number 14956, in the amount of $1,620, for services Met|Hodder rendered for a project called "Diet Pepsi Max – Meijer."

24.     On or about April 1, 2008, Met|Hodder sent NewSight Invoice number 14987, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

25.     On or about April 8, 2008, Met|Hodder sent NewSight Invoice number 14989, in the amount of $200, for services Met|Hodder rendered for a project called "Michigan International Speedway Optimization."

26.     On or about April 23, 2008, Met|Hodder sent NewSight Invoice number 15012, in the amount of $2,400, for services Met|Hodder rendered for a project called "Johnsonville Brats 'Flavor Up' Meijer Instore."

27.     On or about April 23, 2008, Met|Hodder sent NewSight Invoice number 15014, in the amount of $6,000, for services Met|Hodder rendered for a project called "Blackhawk – Gift Card."

28.     On or about May 1, 2008, Met|Hodder sent NewSight Invoice number 15030, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

29.     On or about June 2, 2008, Met|Hodder sent NewSight Invoice number 15055, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

30.     On or about July 1, 2008, Met|Hodder sent NewSight Invoice number 15078, for its monthly retainer of $22,000, for services Met|Hodder rendered for the Meijer project.

**NewSight Has Failed To Pay The Invoices Totaling $394,070.00**

31.     None of the Invoices, which total $394,070.00, have been paid and each has been outstanding for more than 30 days.  None of the relevant Project Addenda, moreover, provide for a longer timeframe for payment.

32.     On August 5, 2008, pursuant to Paragraph 4.5 of the MSA, Met|Hodder sent a letter to NewSight demanding payment of the full amount due and owing within five days.

33.     NewSight has neither responded to the demand letter nor paid any of the Invoices.

**AS AND FOR A FIRST CLAIM**
**(Breach Of Contract)**

34.     Met|Hodder repeats and realleges the allegations contained in Paragraphs 1 through 33 above as though fully set forth herein.

35.     Pursuant to the MSA and certain Project Addenda, NewSight contracted with Met|Hodder for the provision and maintenance of certain media content for which it would provide payment of invoices forwarded to it within 30 days of receipt .

36.     Met|Hodder performed all its obligations under the MSA and certain Project Addenda pertaining to the Invoices, which performance was accepted by NewSight.

37.     The Invoices remaining outstanding after 30 days.  Thus, NewSight has breached Paragraph 2.2 of the MSA and provisions in certain Project Addenda.

38.     Pursuant to Paragraph 4.5 of the MSA, Met|Hodder has duly demanded payment but has received no response within the five days set forth in the MSA.

39.     There is justly due and owing $394,070.00 on the Invoices.

40.     By reason of the foregoing, NewSight is liable to Met|Hodder for $394,070.00, plus interest.

### AS AND FOR A SECOND CLAIM
#### (Account Stated)

41.     Met|Hodder repeats and realleges the allegations contained in Paragraphs 1 through 40 above as though fully set forth herein.

42.     NewSight received and accepted Met|Hodder's professional services rendered under the MSA and the relevant Project Addenda.

43.     Met|Hodder sent NewSight the Invoices for services it rendered and received no objection to the Invoices.  They all remain outstanding after 30 days.

44.     Met|Hodder has duly demanded payment.

45.     By reason of the foregoing, an account was stated between Met|Hodder and NewSight with a balance of $394,070.00 due and owing to Met|Hodder by NewSight, plus interest.

## AS AND FOR A THIRD CLAIM
### (Unjust Enrichment)

46.     Met|Hodder repeats and realleges the allegations contained in Paragraphs 1 through 45 above as though fully set forth herein.

47.     Met|Hodder has provided services to NewSight pursuant to the MSA and relevant Project Addenda in good faith, with the reasonable expectation of payment.

48.     NewSight has been unjustly enriched by accepting services rendered from Met|Hodder in connection with the Invoices but failing to pay such services.  The reasonable value of the services rendered is $394,070.00.

49.     By reason of the foregoing, NewSight is liable to Met|Hodder in the amount of at least $394,070.00.

WHEREFORE, Met|Hodder demands judgment as follows:

1.     On the First Claim, judgment against NewSight in the amount of $394,070.00, plus interest.

2.     On the Second Claim, judgment against NewSight in the amount of $394,070.00, plus interest.

3.     On the Third Claim, judgment against NewSight in the amount of $394,070.00, plus interest.

4.     Such other and further relief as the Court deems just and proper.

Dated: New York, New York
        August 15, 2008

                                    Respectfully submitted,

                                    KELLEY DRYE & WARREN LLP


                                    Robert I. Steiner
                                    Anjna R. Kapoor
                                    101 Park Avenue
                                    New York, New York  10178
                                    (212) 808-7800
                                    Attorneys for Plaintiff Metropolitan Productions, Inc.
                                    d/b/a Met|Hodder

# Exhibit A



# INVOICE

| | |
|---|---|
| Invoice: | 14815 |
| PO: | None |
| Invoice Date: | 11/01/2007 |
| | |
| Date Due: | 12/01/2007 |
| Due: | $22,000.00 |

MetiHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC  27518

## MAIL PAYMENT TO:

MetiHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  **NewSight Meijer 12 Month Retainer 2007**
DESCRIPTION:  **November 2007**

Monthly Retainer                                          $22,000.00

| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| TOTAL TRANSIT TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE:  1735
PROJECT CLASS:  4170



# INVOICE

| | |
|---|---|
| Invoice: | 14849 |
| PO: | None |
| Invoice Date: | 12/01/2007 |
| Date Due: | 01/01/2008 |
| Due: | $27,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC 27518

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  Mall 2007 Service Contract
DESCRIPTION:

| | |
|---|---|
| January Service | $27,000.00 |



| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $27,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $27,000.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $27,000.00 |

PROJECT CODE:  1794
PROJECT CLASS:  4170







# INVOICE

| | |
|---|---|
| Invoice: | 14850 |
| PO: | None |
| Invoice Date: | 12/01/2007 |
| Date Due: | 01/01/2008 |
| Due: | $33,250.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC 27518

# MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Mall 2007 Production Contract**

DESCRIPTION:

January Service                                                                    $33,250.00



| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $33,250.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $33,250.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $33,250.00 |

PROJECT CODE:  1795
PROJECT CLASS:  4170



# INVOICE

| | |
|---|---|
| Invoice: | 14851 |
| PO. | None |
| Invoice Date: | 12/01/2007 |
| Date Due: | 01/01/2008 |
| Due: | $22,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC 27518

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE: **NewSight Meijer 12 Month Retainer 2007**
DESCRIPTION: **December 2007**

Monthly Retainer                                    $22,000.00



| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE: 1735
PROJECT CLASS: 4170



# INVOICE

| | |
|---|---|
| Invoice: | 14869 |
| PO: | None |
| Invoice Date: | 12/26/2007 |
| Date Due: | 01/26/2008 |
| Due: | $6,600.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC  27518

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Advertise Here Spot**
DESCRIPTION:

| | |
|---|---|
| Production Final | $5,600.00 |
| Stock Footage billed at cost | $1,000.00 |



| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $6,600.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $6,600.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| PROJECT CODE:  1849    SHIPPING | | $0.00 |
| PROJECT CLASS:  4170    TOTAL DUE THIS INVOICE | | $6,600.00 |



# INVOICE

| | |
|---|---|
| **Invoice:** | 14856 |
| PO: | None |
| Invoice Date: | 01/01/2008 |
| | |
| **Date Due:** | 02/01/2008 |
| **Due:** | $27,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC 27518

# MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Mall 2007 Service Contract**
DESCRIPTION:

| | |
|---|---|
| February Service | $27,000.00 |



| | | |
|---|---|---|
| **SUB TOTAL – THIS INVOICE** | | $27,000.00 |
| **PREVIOUSLY INVOICED DEPOSITS** | $0.00 | |
| **PROJECT TOTALS** | $27,000.00 | |
| **TAXABLE TOTAL – PROJECT** | $0.00 | |
| **TOTAL STATE TAX** | | $0.00 |
| **TOTAL CITY TAX** | | $0.00 |
| **TOTAL STADIUM TAX** | | $0.00 |
| **SHIPPING** | | $0.00 |
| **TOTAL DUE THIS INVOICE** | | $27,000.00 |

PROJECT CODE:  **1794**
PROJECT CLASS:  **4170**



# INVOICE

| | |
|---|---|
| **Invoice:** | 14859 |
| PO: | None |
| Invoice Date: | 01/01/2008 |
| | |
| **Date Due:** | 02/01/2008 |
| **Due:** | $33,250.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC  27518

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Mall 2007 Production Contract**
DESCRIPTION:

February Service                                             $33,250.00



| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $33,250.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $33,250.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $33,250.00 |

PROJECT CODE:  1795
PROJECT CLASS:  4170



# INVOICE

| | |
|---|---|
| Invoice: | 14862 |
| PO: | None |
| Invoice Date: | 01/01/2008 |

| | |
|---|---|
| Date Due: | 02/01/2008 |
| Due: | $22,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## To:

ATTN: Tracy Newton
Newsight Corporation
11000 Regency Parkway, Ste. 403
Cary, NC  27518

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN  55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE: **Meijer 2008 Retainer by Newsight**

DESCRIPTION: **January 2007**

| | |
|---|---|
| Monthly Retainer | $22,000.00 |



| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE:  1846
PROJECT CLASS:  4170



# INVOICE

| | |
|---|---|
| Invoice: | 14863 |
| PO: | None |
| Invoice Date: | 02/01/2008 |
| Date Due: | 03/01/2008 |
| Due: | $22,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE: **Meijer 2008 Retainer by Newsight**

DESCRIPTION: **February 2007**

| | |
|---|---|
| Monthly Retainer | $22,000.00 |

| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE: **1846**

PROJECT CLASS: **4170**



# INVOICE

| | |
|---|---|
| **Invoice:** | 14922 |
| PO: | None |
| Invoice Date: | 02/22/2008 |
| **Date Due:** | 03/31/2008 |
| **Due:** | $58,750.00 |

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

ATTN: Jeff Spadone
NewSight Corporation

# MAIL PAYMENT TO:

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:   **Mall 2007 Production Contract**

DESCRIPTION:   **Mall content termination**

Met Hodder - completion of operations/vendor ramp down fee to "close" Mall network          $58,750.00

| | | |
|---|---|---|
| **SUB TOTAL -- THIS INVOICE** | | $58,750.00 |
| **PREVIOUSLY INVOICED DEPOSITS** | $0.00 | |
| **PROJECT TOTALS** | $58,750.00 | |
| **TAXABLE TOTAL -- PROJECT** | $0.00 | |
| **TOTAL STATE TAX** | | $0.00 |
| **TOTAL CITY TAX** | | $0.00 |
| **TOTAL STADIUM TAX** | | $0.00 |
| **SHIPPING** | | $0.00 |
| **TOTAL DUE THIS INVOICE** | | $58,750.00 |

PROJECT CODE:  **1795**
PROJECT CLASS:  **4170**



# INVOICE

| | |
|---|---|
| Invoice: | 14864 |
| PO: | None |
| Invoice Date: | 03/01/2008 |
| Date Due: | 04/01/2008 |
| Due: | $22,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

# MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# DESCRIPTION OF SERVICES:

PROJECT TITLE: **Meijer 2008 Retainer by Newsight**
DESCRIPTION: **March 2007**

| | |
|---|---|
| Monthly Retainer | $22,000.00 |

| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE:  1846
PROJECT CLASS:  4170



# INVOICE

|  |  |
|---|---|
| Invoice: | 14956 |
| PO: | None |
| Invoice Date: | 03/17/2008 |
|  |  |
| Date Due: | 04/17/2008 |
| Due: | $1,620.00 |

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

Newsight Corporation
2 Park Ave
Suite 1850
New York, NY 10016

# MAIL PAYMENT TO:

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE: **Diet Pepsi Max- Meijer**
DESCRIPTION: **Diet Pepsi Max**

Spot Production as per bid (Approved by Gordon)                    $1,620.00



| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $1,620.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $1,620.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $1,620.00 |

PROJECT CODE: **1877**
PROJECT CLASS: **0**



MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# INVOICE

| | |
|---|---|
| **Invoice:** | 14987 |
| PO: | None |
| Invoice Date: | 04/01/2008 |
| **Date Due:** | 05/01/2008 |
| **Due:** | $22,000.00 |

# To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

# MAIL PAYMENT TO:

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# DESCRIPTION OF SERVICES:

PROJECT TITLE: **Meijer 2008 Retainer by Newsight**
DESCRIPTION: **April 2008**

Monthly Retainer                                                                 $22,000.00

| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE: **1846**
PROJECT CLASS: **4170**



# REVISED INVOICE

| | |
|---|---|
| **Invoice:** | 14989 |
| **PO:** | None |
| **Invoice Date:** | 04/08/2008 |
| | |
| **Date Due:** | 05/08/2008 |
| **Due:** | $200.00 |

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

## MAIL PAYMENT TO:

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE: **Michigan International Speedway Optimization**
DESCRIPTION:

| | |
|---|---|
| Discounted 50% | $200.00 |
| Spot Delivered via FTP | |

| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $200.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $200.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| TOTAL TRANSIT TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $200.00 |

PROJECT CODE: 1887
PROJECT CLASS: 4172



# INVOICE

| | |
|---|---|
| Invoice: | 15012 |
| PO: | None |
| Invoice Date: | 04/23/2008 |
| | |
| Date Due: | 05/23/2008 |
| Due: | $2,400.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Johnsonville Brats "Flavor Up" Meijer Instore 5/08**
DESCRIPTION:  **Spot Production**

Project Final                                                                          $2,400.00
Delivered via FTP



| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $2,400.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $2,400.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $2,400.00 |

PROJECT CODE:  **1885**
PROJECT CLASS:  **4171**



# INVOICE

| | |
|---|---|
| Invoice: | 15014 |
| PO: | None |
| Invoice Date: | 04/23/2008 |
| Date Due: | 05/23/2008 |
| Due: | $6,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

## MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Blackhawk - Gift Card**
DESCRIPTION:

| | |
|---|---|
| Project Final | $6,000.00 |
| Delivered via FTP | |





| | | |
|---|---|---|
| SUB TOTAL – THIS INVOICE | | $6,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $6,000.00 | |
| TAXABLE TOTAL – PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| PROJECT CODE: **1893** SHIPPING | | $0.00 |
| PROJECT CLASS: **4172** TOTAL DUE THIS INVOICE | | $6,000.00 |



# INVOICE

| | |
|---|---|
| Invoice: | 15030 |
| PO: | None |
| Invoice Date: | 05/01/2008 |
| | |
| Date Due: | 06/01/2008 |
| Due: | $22,000.00 |

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

# MAIL PAYMENT TO:

Met|Hodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# DESCRIPTION OF SERVICES:

PROJECT TITLE:  **Meijer 2008 Retainer by Newsight**
DESCRIPTION:  **May 2008**

Monthly Retainer                                                                    $22,000.00



| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE:  1846
PROJECT CLASS:  4170



# INVOICE

| | |
|---|---|
| **Invoice:** | 15055 |
| PO. | None |
| Invoice Date: | 06/02/2008 |
| | |
| Date Due: | 07/02/2008 |
| **Due:** | $22,000.00 |

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

# To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

## MAIL PAYMENT TO:

MetlHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE: **Meijer 2008 Retainer by Newsight**
DESCRIPTION: **June 2008**

| | |
|---|---|
| Monthly Retainer | $22,000.00 |



| | | |
|---|---|---|
| SUB TOTAL -- THIS INVOICE | | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 | |
| PROJECT TOTALS | $22,000.00 | |
| TAXABLE TOTAL -- PROJECT | $0.00 | |
| TOTAL STATE TAX | | $0.00 |
| TOTAL CITY TAX | | $0.00 |
| TOTAL STADIUM TAX | | $0.00 |
| SHIPPING | | $0.00 |
| TOTAL DUE THIS INVOICE | | $22,000.00 |

PROJECT CODE: **1846**
PROJECT CLASS: **4170**



# INVOICE

| | |
|---|---|
| Invoice: | 15078 |
| PO: | None |
| Invoice Date: | 07/01/2008 |
| | |
| Date Due: | 08/01/2008 |
| Due: | $22,000.00 |

MetiHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## To:

ATTN: Tracy Newton
Newsight Corporation
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615

## MAIL PAYMENT TO:

MetiHodder
1201 Harmon Place
3rd Floor
Minneapolis, MN 55403

## DESCRIPTION OF SERVICES:

PROJECT TITLE:  Meijer 2008 Retainer by Newsight
DESCRIPTION:  July 2008

Monthly Retainer                                      $22,000.00

| | |
|---|---|
| SUB TOTAL -- THIS INVOICE | $22,000.00 |
| PREVIOUSLY INVOICED DEPOSITS | $0.00 |
| PROJECT TOTALS | $22,000.00 |
| TAXABLE TOTAL -- PROJECT | $0.00 |
| TOTAL STATE TAX | $0.00 |
| TOTAL CITY TAX | $0.00 |
| TOTAL STADIUM TAX | $0.00 |
| TOTAL TRANSIT TAX | $0.00 |
| SHIPPING | $0.00 |
| TOTAL DUE THIS INVOICE | $22,000.00 |

PROJECT CODE:  1846
PROJECT CLASS:  4170