**ECF CASE**

JUDGE SULLIVAN



08 CV 7260

Robert I. Steiner
Anjna R. Kapoor
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff Metropolitan Productions, Inc.
d/b/a Met|Hodder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| METROPOLITAN PRODUCTIONS, INC. D/B/A MET\|HODDER,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>NEWSIGHT CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No.<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for non-governmental corporate party Plaintiff Metropolitan Productions, Inc. d/b/a Met|Hodder ("Met|Hodder"), certifies that it is privately held, no publicly held corporation owns 10% or more of Met|Hodder's stock, and that it has no parent corporation.

DATED: New York, New York
　　　　August 14, 2008

KELLEY DRYE & WARREN LLP

_/s/ Robert I. Steiner_
Robert I. Steiner
Anjna R. Kapoor
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff Metropolitan Productions,
Inc. d/b/a Met|Hodder

NY01/KAPOA/1301988.1