UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN PRODUCTIONS, INC.
D/B/A MET|HODDER,

              **Plaintiff,**

    -against-

NEWSIGHT CORPORATION,

              **Defendant.**

Civil Action No. 08 CV 7260

**AFFIDAVIT OF SERVICE BY**
**PERSONAL DELIVERY**

---

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | : | SS.: |
| COUNTY OF NEW YORK | ) | |

Lauren E. FitzGerald, being duly sworn, deposes and states:

1.    I am not a party to this action and I am over 18 years of age.

2.    On 15th day of August, 2008, at 1:35 P.M. at 111 Eighth Avenue, New York, New York, 10011 I served SUMMONS, RULE 7.1 DISCLOSURE STATEMENT, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE RICHARD J. SULLIVAN, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE FRANK MAAS and ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon Newsight Corporation, c/o C T Corporation System, by personal delivery of true copy thereof to Nora Dindyal, Process Service Specialist of C T Corporation System, who stated she was authorized to accept service on behalf of Newsight Corporation.

3. Ms. Dindyal is a female with brown skin, brown hair, brown eyes, and glasses. She is about 5'4" tall, about 125 1bs, and approximately 35 years old.

                              Lauren E. FitzGerald
                              Process Server License No: 1263671

Sworn to before me this
19th day of August, 2008.

        Notary Public

JEFFREY C. BURANDT
Notary Public, State of New York
No. 01BU6114832
Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 12, 20___